JS6/ENTER

**FILED**
NOV 30 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESUS TARELO GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIPSON, WARDEN,<br><br>    Respondent. | Case No. CV 12-3455-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: NOV 27 2012

_Christina A. Snyder_
Christina A. Snyder
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY